UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  May 3, 2018                                                    Judge:  Hon. James Donato

Time:  3 Minutes

Case No.        **C-17-02767-JD**
Case Name:      **Doe et al v. Albany Unified School District et al**

Attorney(s) for Plaintiff(s):      Joe Salama
Attorney(s) for Defendant(s):    Seth L. Gordon

Deputy Clerk:  Lisa R. Clark                                    Court Reporter:  JoAnn Bryce

PROCEEDINGS

Motion for Approval of Settlement of Minor Claims - Held

NOTES AND ORDERS

The Court approves the proposed settlement from the bench.  Dkt. No. 117.  No written order
will be issued.