JOSEPH SALAMA, ESQ. (SBN: 212225)
**LAW OFFICES OF JOSEPH SALAMA**
164 N. Redwood Drive, Suite 285
San Rafael, CA 94903
Telephone:     (415) 948-9030
Facsimile:     (415) 479-1340
E-Mail: joseph@salama.com

Attorney for Plaintiffs, JOHN DOE, RICK POE; PAUL POE; Mother and Father of JOHN DOE;
Mother of RICK POE; Mother of PAUL POE

LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:     (925) 974-8600
Facsimile:     (925) 974-8601
E-Mail: lleone@leonealberts.com, kalberts@leonealberts.com,
        sgordon@leonealberts.com

Attorneys for Defendants
ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL
DISTRICT BOARD OF EDUCATION, ALBANY HIGH SCHOOL,
VALERIE WILLIAMS, JEFF ANDERSON, MELISA PFOHL,
CHARLES BLANCHARD, JACOB CLARK and KIM TRUTANE

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SHEN, et al. <br><br>        Plaintiffs, <br><br>     vs. <br><br> ALBANY UNIFIED SCHOOL DISTRICT, et al. <br><br>        Defendants. <br> ———————————————— <br> RICK ROE, a minor et al. <br><br>        Plaintiffs, <br><br>     vs. <br><br> ALBANY UNIFIED SCHOOL DISTRICT, et al. <br><br>        Defendants. | **Case No.: 3:17-cv-02767-JD** <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br> Ctrm: 11, 19th Floor <br> Judge: Hon. James Donato |

| | |
|---|---|
| JOHN DOE, a minor, | |
|      Plaintiffs, | |
|      vs. | |
| ALBANY UNIFIED SCHOOL DISTRICT, et al. | |
|      Defendants. | |
| C.E., through his guardian, C.E., | |
|      Plaintiff, | |
|      vs. | |
| ALBANY UNIFIED SCHOOL DISTRICT, et al. | |
|      Defendants. | |

It is hereby stipulated by plaintiffs, by and through their attorney, Joseph Salama, and defendants, by and through their attorney, Louis A. Leone, that the above-entitled action be hereby dismissed with prejudice, each party to bear their own costs and attorney fees.

**IT IS SO STIPULATED.**

Dated: May 16, 2018         **LAW OFFICES OF JOSEPH SALAMA**

JOSEPH SALAMA, ESQ.
Attorney for Plaintiffs, JOHN DOE; RICK POE; PAUL POE; Mother and Father of JOHN DOE; Mother of RICK POE; Mother of PAUL POE

Dated: May 7, 2018         **LEONE & ALBERTS**

LOUIS A. LEONE, ESQ.
Attorneys for Defendants
ALBANY UNIFIED SCHOOL DISTRICT, ALBANY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, ALBANY HIGH SCHOOL, VALERIE WILLIAMS, JEFF ANDERSON, MELISA PFOHL,CHARLES BLANCHARD, JACOB CLARK and KIM TRUTANE

**IT IS SO ORDERED.**

Dated: May \_\_\_\_, 2018         _____
                          HON. JAMES DONATO